# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| HAMEED CAHOON, | : No. 75 WM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 19th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.